**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Guidant Sales Corporation and
Cardiac Pacemakers, Inc.,

Civil No. 00-1064 (JMR/FLN)

Plaintiffs,

vs.

**BOND** #190441900

Clayton DeSantis and
Valerie Millslagle,

Defendants.

---

KNOW ALL BY THESE PRESENTS that Guidant Sales Corporation and Cardiac Pacemakers, Inc., as principals, and American Casualty Company of Reading, PA, as surety, are held and firmly bound unto the above-entitled Court in the sum of Two Hundred and Fifty Thousand Dollars ($250,000) lawful money of the United States to be paid unto the above-entitled Court for which payment well and truly be made we jointly and severally bind ourselves, and each of our assigns, firmly by these presents.

Dated this 1st day of May, 2000.

The condition of this obligation is such that whereas on the 28th day of April, 2000, the above-named Court entered a temporary restraining order in the above-entitled matter that restrained the defendants from engaging in certain sales and marketing activities within a 50-mile radius of Sarasota, Florida,

FILED MAY 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

# POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That CONTINENTAL CASUALTY COMPANY, an Illinois corporation, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, a Connecticut corporation, AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation (herein collectively called "the CCC Surety Companies"), are duly organized and existing corporations having their principal offices in the City of Chicago, and State of Illinois, and that they do by virtue of the signature and seals herein affixed hereby make, constitute and appoint

Stephen J. Steichen, Susan Bukowski, Sheila McMath, Timothy J. Wicker, Carolyn Smith, Susan M. VanProoyen, Individually

of Minneapolis, Minnesota

their true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on their behalf bonds, undertakings and other obligatory instruments of similar nature

In Unlimited Amounts -

and to bind them thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of their corporations and all the acts of said Attorney, pursuant to the authority hereby given are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Laws and Resolutions, printed on the reverse hereof, duly adopted, as indicated, by the Boards of Directors of the corporations.

**In Witness Whereof,** the CCC Surety Companies have caused these presents to be signed by their Group Vice President and their corporate seals to be hereto affixed on this 8th day of February, 2000.

CONTINENTAL CASUALTY COMPANY CORPORATE SEAL 1897 — NATIONAL FIRE INSURANCE COMPANY OF HARTFORD — AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA INCORPORATED JULY 31, 1902

CONTINENTAL CASUALTY COMPANY
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA

Marvin J. Cashion

Marvin J. Cashion Group Vice President

State of Illinois, County of Cook, ss:

On this 8th day of February, 2000, before me personally came Marvin J. Cashion, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Chicago, State of Illinois; that he is a Group Vice President of CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA described in and which executed the above instrument; that he knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed pursuant to authority given by the Boards of Directors of said corporations and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporations.

"OFFICIAL SEAL"
DIANE FAULKNER
Notary Public, State of Illinois
My Commission Expires 9/17/01

Diane Faulkner

My Commission Expires September 17, 2001 — Diane Faulkner, Notary Public

## CERTIFICATE

I, Mary A. Ribikawskis, Assistant Secretary of CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA do hereby certify that the Power of Attorney herein above set forth is still in force, and further certify that the By-Law and Resolution of the Board of Directors of each corporation printed on the reverse hereof are still in force. In testimony whereof I have hereunto subscribed my name and affixed the seals of the said corporations this 1st day of May, 2000.

CONTINENTAL CASUALTY COMPANY CORPORATE SEAL 1897 — NATIONAL FIRE INSURANCE COMPANY OF HARTFORD — AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA INCORPORATED JULY 31, 1902

CONTINENTAL CASUALTY COMPANY
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA

Mary A. Ribikawskis

Mary A. Ribikawskis Assistant Secretary

(Rev.10/1/97)

## Acknowledgments

STATE OF MINNESOTA )
) ss.
COUNTY OF Hennepin )

On this 1st day of May, 2000, before me a Notary Public within and for said County and State, personally appeared Susan M. Van Prooyen, who being by me duly sworn, did say that he executed said bond as his own free deed and act.

Subscribed and sworn to before me
this 1st day of May, 2000.

Carolyn A. Smith
Notary Public

CAROLYN A. SMITH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

STATE OF MINNESOTA )
) ss.
COUNTY OF Ramsey )

On this 2nd day of May, 2000, before me a Notary Public within and for said County and State, personally appeared R. Frederick McCoy, who being by me duly sworn, did say that he executed said bond as his own free deed and act.

Subscribed and sworn to before me
this 2nd day of May, 2000.

Barbara H. Becker
Notary Public

M2:20310144.01

BARBARA H. BECKER
NOTARY PUBLIC – MINNESOTA
RAMSEY COUNTY
My Comm. Expires Jan. 31, 2005

## Acknowledgments

STATE OF MINNESOTA )
) ss.
COUNTY OF Hennepin )

On this 1st day of May, 2000, before me a Notary Public within and for said County and State, personally appeared Susan M. Van Prooyen, who being by me duly sworn, did say that he executed said bond as his own free deed and act.

Subscribed and sworn to before me
this 1st day of May, 2000.

CAROLYN A. SMITH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Carolyn A. Smith
Notary Public

STATE OF MINNESOTA )
) ss.
COUNTY OF __________ )

On this _____ day of May, 2000, before me a Notary Public within and for said County and State, personally appeared ____________________, who being by me duly sworn, did say that he executed said bond as his own free deed and act.

Subscribed and sworn to before me
this ____ day of May, 2000.

______________________________
Notary Public

M2:20310146.01

FROM FAEGRE & BENSON (TUE) 5. 2'00 13:17/ST. 13:16/NO. 4862002779 P 3

NOW THEREFORE, if the said principals shall well and truly pay all costs incurred by the defendants in the event the Court determines that the temporary restraining order was improvidently or improperly entered, then this obligation to be null and void, otherwise to remain in full force.

IN TESTIMONY WHEREOF, we have hereunto set our hands.

GUIDANT SALES CORPORATION

In Presence of:

____________________

By ____________________

Its ____________________

CARDIAC PACEMAKERS, INC.

In Presence of:

[signature]

By [signature]

Its President and CEO

In Presence of:

[signature]

AMERICAN CASUALTY COMPANY OF READING, PA

By [signature]

Its Attorney-in-Fact

The above Bond is hereby approved.

Dated: May ____, 2000

____________________

UNITED STATES DISTRICT JUDGE



CARDIAC PACEMAKERS Fax:612-582-2926 May 2 '00 13:27 P.03

**NOW THEREFORE**, if the said principals shall well and truly pay all costs incurred by the defendants in the event the Court determines that the temporary restraining order was improvidently or improperly entered, then this obligation to be null and void, otherwise to remain in full force.

**IN TESTIMONY WHEREOF**, we have hereunto set our hands.

In Presence of:

GUIDANT SALES CORPORATION

By ____________________
Its VICE PRESIDENT, SOUTHEAST

In Presence of:

____________________

CARDIAC PACEMAKERS, INC.

By ____________________
Its ____________________

In Presence of:

AMERICAN CASUALTY COMPANY OF READING, PA

By ____________________
Its Attorney-in-Fact

The above Bond is hereby approved.

Dated: May _____, 2000

____________________
UNITED STATES DISTRICT JUDGE

NOW THEREFORE, if the said principals shall well and truly pay all costs incurred by the defendants in the event the Court determines that the temporary restraining order was improvidently or improperly entered, then this obligation to be null and void, otherwise to remain in full force.

IN TESTIMONY WHEREOF, we have hereunto set our hands.

GUIDANT SALES CORPORATION

In Presence of:

____________________

By ____________________
Its ____________________

CARDIAC PACEMAKERS, INC.

In Presence of:

____________________

By ____________________
Its ____________________

In Presence of:

AMERICAN CASUALTY COMPANY OF READING, PA

Mary Ruzek

By Susan M. Van Quaye
Its Attorney-in-Fact

The above Bond is hereby approved.

Dated: May 8, 2000

____________________
UNITED STATES DISTRICT JUDGE