UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1064

| | | |
|---|---|---|
| Guidant Sales Corp. et al. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Clayton Desantis et al. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days. The parties are permitted to reopen this case within 30 days.

Dated: May 16th, 2000

JAMES M. ROSENBAUM
United States District Judge

MAY 17 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK