UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1064 - JMR/FLN

Guidant Sales Corp. et. al. )
)
v. )
)
Clayton DeSantis, et al )
)

Counsel for the parties have jointly requested that the time to reopen this case be extended to June 19, 2000. Therefore, IT IS ORDERED that:

The parties are permitted to reopen this case through June 19, 2000.
But the Court is confident that they will not have

Dated: June 12th, 2000

JAMES M. ROSENBAUM
United States District Court

87797.1

JUN 13 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK