# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Guidant Sales Corporation and
Cardiac Pacemakers, Inc.,

Plaintiffs,

vs.

Clayton DeSantis and
Valerie Millslagle,

Defendants.

Civil No. 00-1064 (JMR/FLN)

**ORDER RELEASING BOND**

---

This matter came before the Court on the parties' stipulation to an order releasing the bond that the plaintiffs posted in this matter in accordance with Fed. R. Civ. P. 65 on May 2, 2000.

Based on the files, records, proceedings, and the parties' stipulation,

IT IS HEREBY ORDERED that the temporary restraining order bond that the plaintiffs posted in this matter on May 2, 2000 (Bond No. 190441900) is hereby released and the surety under that bond is discharged of all obligations under that bond.

SO ORDERED.

Dated: July 12th, 2000

JAMES M. ROSENBAUM
UNITED STATES DISTRICT JUDGE

FILED JUL 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guidant Sales Corporation and
Cardiac Pacemakers, Inc.,

Plaintiffs,

vs.

Clayton DeSantis and
Valerie Millslagle,

Defendants.

Civil No. 00-1064 (JMR/FLN)

**STIPULATION TO**
**ORDER RELEASING BOND**

Plaintiffs and defendants, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.

Dated: ~~June~~ July 10, 2000

FAEGRE & BENSON LLP

Robert L. Schnell, Jr. (#97329)
Charles F. Webber (#215247)
C. David Flower (#29407X)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000
(612) 336-3026 (Fax)

Attorneys for Plaintiff

Dated: June 30, 2000

MASLON, EDELMAN, BORMAN & BRAND LLP

William Z. Pentelovitch (#85078)
Richard G. Wilson (#16544X)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8338
(612) 672-8397

Attorneys for Defendants

M2:20315162.01

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK